UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CHARLENE SIMMONS,

        Plaintiff,

v.

TRANS EXPRESS INC.,

        Defendant.
------------------------------------------------------------ X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ FEB 20 2019 ★

BROOKLYN OFFICE

JUDGMENT
18-CV-5938 (ENV) (RLM)

    A Memorandum and Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on February 7, 2019, granting defendant's motion to dismiss; and dismissing the complaint with prejudice; it is

    ORDERED and ADJUDGED that defendant's motion to dismiss is granted; and that the complaint is dismissed with prejudice.

Dated: Brooklyn, NY
February 20, 2019

Douglas C. Palmer
Clerk of Court

By:   /s/*Jalitza Poveda*
      Deputy Clerk